UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL POFF,

Plaintiff,

v.

WELLPATH CORP., et al.,

Defendants.

Case No. 1:25-cv-988

Hon. Hala Y. Jarbou

______________________________/

**ORDER**

Before the Court is Magistrate Judge Maarten Vermaat's report and recommendation (R&R) that the Court grant motions to dismiss filed by Defendant Wellpath Corp. (ECF No. 6) and Defendants Jenkins and Thomas (ECF No. 16). (R&R, ECF No. 22.) No parties have filed objections to the R&R, and the deadline for doing so has passed. Upon review, the Court concludes that the R&R makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 6, 16) are **GRANTED** and all of Plaintiff's claims are **DISMISSED**.

A judgment will enter in accordance with this Order.

Dated: August 19, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE